IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| PRISCILLA ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC. f/k/a ACADEMY COLLECTION SERVICES, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Cause No. 3:10-CV-395-FM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by Plaintiff PRISCILLA ORTEGA, through her counsel, and by Defendant MONARCH RECOVERY MANAGEMENT, INC. f/k/a ACADEMY COLLECTION SERVICES, INC., through its counsel, that the above-captioned cause may and shall be dismissed in its entirety on the merits, with prejudice and without costs, on the grounds that all matters in dispute between the parties have been fully and finally settled and compromised.

Respectfully submitted,

**SCOTTHULSE** <sup>PC</sup>
1100 Chase Tower
201 E. Main Drive
P.O. Box 99123
El Paso, Texas  79999-9123
Telephone:   (915) 533-2493
Facsimile:   (915) 546-8333

Dated:   March 17, 2011            By:   /s/ M. Mitchell Moss
                                         **M. MITCHELL MOSS**
                                         State Bar No. 00784647
                                         **Attorney for Defendant**

938313 v1

                              **WEISBERG & MEYERS, LLC**
                              Two Allen Center
                              1200 Smith Street, 16th Floor
                              Houston, Texas 77002
                              Telephone:  (888) 595-9111
                              Facsimile:   (866) 842-3303

Dated:  March 17, 2011      By:  /s/ Dennis R. Kurz
                                          **DENNIS R. KURZ**
                                          State Bar No. 24068183
                                          **Attorney for Plaintiff**

938313 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PRISCILLA ORTEGA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 3:10-CV-395-FM |
| **MONARCH RECOVERY MANAGEMENT, INC. f/k/a ACADEMY COLLECTION SERVICES, INC.,** | § § § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date below, the Court was presented with the parties' stipulation that this action should be dismissed, with prejudice, as to Defendant MONARCH RECOVERY MANAGEMENT, INC. f/k/a ACADEMY COLLECTION SERVICES, INC. In accordance with the Parties' stipulation, it is ORDERED that this case be, and hereby is, dismissed with prejudice, as to Defendant MONARCH RECOVERY MANAGEMENT, INC. f/k/a ACADEMY COLLECTION SERVICES, INC. and without costs to any party.

SIGNED and ENTERED this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

938313 v1