IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PRISCILLA ORTEGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-10-CA-395-FM |
| | § | |
| MONARCH RECOVERY | § | |
| MANAGEMENT, INC. f/k/a ACADEMY | § | |
| COLLECTION SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ENTERING STIPULATION OF DISMISSAL

On this day, the Court considered Defendant Monarch Recovery Management, Inc. f/k/a Academy Collection Services, Inc.'s ("Monarch") "Stipulation of Dismissal with Prejudice" [ECF No. 9], filed March 17, 2011.  Monarch requests the Court to enter an order dismissing all claims in this case with prejudice, with each party to bear its own costs.  The parties' attorneys having signed the Stipulation of Dismissal, indicating the parties' consent to dismiss the above-captioned case, the Court accordingly enters the following Orders:

1. This case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All pending motions, if any, are **DENIED** as **MOOT**.

3. Each party **SHALL** bear its own costs and attorneys' fees.

4. The Clerk of the Court is instructed to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **21st** day of **March, 2011**.

_____
FRANK MONTALVO
**UNITED STATES DISTRICT JUDGE**